## ORDER

PER CURIAM:

Brian Hood appeals his conviction, following a jury trial, of committing violence against an offender, in violation of section 217.385 RSMo 2000, claiming there was insufficient evidence to establish the corpus delicti and that his extrajudicial statements were improperly admitted into evidence by the trial court. We affirm. Rule 30.25(b).

criminal action. He now appeals the circuit court's rulings, without an evidentiary hearing, denying his motions for post-conviction DNA testing pursuant to § 547.035, RSMo. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).

**Melvin Leroy TYLER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 72717.**

Missouri Court of Appeals,
Western District.

Sept. 20, 2011.

**STATE of Missouri, Respondent,**

v.

**Tracy Edgar GREER, Appellant.**

**No. ED 95206.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 20, 2011.

Melvin L. Tyler, appellant pro se.

Shaun J. Mackelprang, Jayne T. Woods, Jefferson City, MO, for respondent.

Before: VICTOR C. HOWARD, P.J., and ALOK AHUJA and KAREN KING MITCHELL, JJ.

## ORDER

PER CURIAM:

Melvin Leroy Tyler was convicted in 1977, following a jury trial in the Circuit Court of Platte County, of robbery in the first degree, rape, kidnapping, and armed

